FILED
2008 Jul-10 PM 03:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LISA K. WHITE,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **Plaintiff,** ) | |
| ) | **2:08-CV-01047-WMA** |
| v. ) | |
| ) | **UNOPPOSED** |
| **NCO FINANCIAL SYSTEMS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Lisa K. White, and Defendant, NCO Financial Systems, Inc., through counsel, have resolved this matter and are currently reviewing the proposed settlement agreement and release. Upon execution of the agreement, the Parties will file a joint stipulation for voluntary dismissal with the Court.

WHEREFORE, the Defendant respectfully requests that any Court deadlines be extended for 30 days to allow the settlement to be accomplished and the dismissal documents to be drafted and filed.

    Respectfully submitted,

    /s/ Laura C. Nettles
    Laura C. Nettles, Esq. (ASB-5805-S63L)
    Dustin J. Kittle (ASB-8250-T68K)
    Attorneys for Defendant,
    NCO Financial Systems, Inc.

OF COUNSEL:

**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 20th Place South, Suite 300
Birmingham, AL 35223
Telephone: (205) 967-8822
Facsimile:  (205) 967-2380
lnettles@lgwpc.com
dkittle@lgwpc.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to all attorneys of record by electronically filing the foregoing document with the United States District Court, Northern District of Alabama on this the **9th** day of **July**, **2008**:

Michael W. Lindsey
LINDSEY LAW FIRM, LLC
One Perimeter Park Drive, Suite 330-N
Birmingham, AL  35243

W. Whitney Seals
PATE & COCHRUN, LLP
PO Box 10448
Birmingham, AL  35202-0448

                      /s/ Laura C. Nettles
                      OF COUNSEL